IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DILLON MATHEW VOEGELE,

    Plaintiff,

v.                                                        4:24cv220–WS/MAF

RICKY DIXON,

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 5) docketed June 27, 2024. The magistrate judge recommends that Plaintiff's case be dismissed without prejudice for failure to comply with a court order to file an amended complaint and to pay the filing fee or file an in forma pauperis motion. Plaintiff filed this case "as an investigative complaint so the United States Marshal Service can investigate the topics in the complaint." As explained by the magistrate judge, "[t]his civil case cannot be used as a basis for Plaintiff to seek to enlist the United States Marshals Service to investigate the Department of Corrections." ECF

No. 5, p. 2. Plaintiff has filed objections (ECF No. 6) to the report and recommendation. Plaintiff contends that the magistrate judge "mistakes the plaintiff's intention in the filing of this complaint" and that "a hearing to correct the complaint . . . is more appropriate than dismissal."

Having carefully considered the magistrate judge's report and recommendation as well as Plaintiff's objections thereto, the undersigned finds—as did the magistrate judge—that Plaintiff's complaint (which does not state a claim upon which relief may be granted) is due to be dismissed for failure to comply with a court order to file an amended complaint and to pay the filing fee or file a proper in forma pauperis motion.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 5) is adopted and incorporated by reference in this order of the court.

2. Plaintiff's complaint is hereby DISMISSED without prejudice for his failure to comply with a court order directing him to file an amended complaint on the proper form and to file an IFP application or pay the filing fee.

3. Plaintiff's motion (ECF No. 4) for a hearing is DENIED.

4. The clerk is directed to enter judgment, stating: "All claims are dismissed without prejudice."

5. The clerk shall close the case.

DONE AND ORDERED this   19th   day of   July  , 2024.


                    s/ William Stafford
                    WILLIAM STAFFORD
                    SENIOR UNITED STATES DISTRICT JUDGE